UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Jane P. F., | Case No. 22-cv-3112 (KMM/JFD) |
| Plaintiff, | |
| v. | **ORDER** |
| Kilolo Kijakazi, Acting Commissioner of Social Security, | |
| Defendant. | |

The above matter comes before the Court upon United States Magistrate Judge John F. Docherty's Report and Recommendation ("R&R") dated October 2, 2023. [ECF No. 19]. Plaintiff Jane P. F. seeks judicial review of the denial of her disability insurance benefits and supplemental security income. The factual background for the this matter is clearly set forth in the R&R and is not repeated here. The Magistrate Judge recommended that the Court deny Ms. F's motion for summary judgment, grant Defendant Kilolo Kijakazi, Acting Commissioner of Social Security's motion for summary judgment, and affirm the Commissioner's decision. No objections have been filed to the R&R, though the deadline for doing so passed weeks ago.

The Court reviews *de novo* any portion of the R&R to which specific objections are made. 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b). In the absence of objections, the Court reviews the R&R for clear error. *Nur v. Olmsted County*, 563 F. Supp. 3d 946, 949 (D. Minn. 2021) (citing Fed. R. Civ. P. 72(b); *see also Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam)).

Based on the Court's careful review of the R&R and the record in this matter, Judge Docherty committed no error, clear or otherwise.  **IT IS HEREBY ORDERED** that:

1. Magistrate Judge John F. Docherty's October 2, 2023, Report and Recommendation [ECF. No. 19] is **ADOPTED**;

2. Plaintiff Jane P. F.'s Motion for Summary Judgment [ECF No. 11] is **DENIED**;

3. Defendant Commissioner Kijakazi's Motion for Summary Judgment [ECF No. 17] is **GRANTED**; and

4. The Commissioner's decision is **AFFIRMED**.

**Let Judgment be entered accordingly.**

Date: January 9, 2024

*s/Katherine Menendez*
Katherine Menendez
United States District Court